**Order filed January 6, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00431-CV
_____

### JASMINE RICKS, Appellant

### V.

### QUALITY CARRIERS, INC. & CRAIG L. SMITH, Appellees

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-17716**

---

## O R D E R

Appellant's brief was due December 17, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 5, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM